UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BAYRON ALMENDARES and ) <br> JOSE LUIS GARCIA, on behalf of ) <br> themselves and other persons similarly ) <br> situated ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WOOLERY PAINTING, LLC, ) <br> ADAM WOOLERY PAINTING, LLC ) <br> And ADAM WOOLERY ) <br> ) <br> Defendants. ) | CIVIL ACTION NO: 18-02559 <br><br> JUDGE LEMELLE <br><br> MAGISTRATE JUDGE DOUGLAS |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT UNDER FLSA**

**NOW INTO COURT,** though undersigned counsel, come Plaintiffs Bayron Almendares and Jose Luis Garcia and Defendants, Woolery Painting, LLC, Adam Woolery, LLC and Adam Woolery, which jointly move this Court to approve the settlement that has been reached as set forth in the accompanying memorandum.

                                                                        Respectfully submitted,

                                                                        */s/ William H. Beaumont*
                                                                        Roberto Luis Costales (#33696)
                                                                        William H. Beaumont (#33005)
                                                                        Jonathan Mille Kirkland (#37939)
                                                                        BEAUMONT COSTALES LLC
                                                                        3801 Canal Street, Suite 207
                                                                        New Orleans, LA 70119
                                                                        Telephone: (504) 534-5005
                                                                        rlc@beaumontcostales.com
                                                                        whb@beaumontcostales.com
                                                                        *Attorneys for Plaintiffs*

{N3757954.1}

/s/ *David K. Theard*
JANE H. HEIDINGSFELDER (LA #28604)
L. ETIENNE BALART (LA #24951)
DAVID K. THEARD (LA #31987)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8402
Facsimile: (504) 589-8402
Email: jheidingsfelder@joneswalker.com
ebalart@joneswalker.com
dtheard@joneswalker.com

*Attorneys for Defendants, Woolery Painting, LLC, Adam Woolery Painting, LLC and Adam Woolery*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court on this 14th day of January, 2019, to be served on all counsel of record by operation of the Court's electronic filing system.

/s/ *David K. Theard*
David K. Theard

{N3757954.1}