UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BAYRON ALMENDARES, ET. AL.**                                  **CIVIL ACTION**

**VERSUS**                                                       **NO. 18-2559**

**WOOLERY PAINTING, LLC, ET. AL.**                               **SECTION: "B"(3)**

### ORDER AND REASONS

**IT IS ORDERED** that the Joint Motion to Approve FLSA Settlement is **GRANTED.** Rec. Doc. 18. Pursuant to the agreement between the parties, Plaintiffs are awarded $6,292.00. Of that amount Bayron Almendares will receive $3,247.00 and Javier Vazquez will receive $3,045.00. This dollar amount was reached by multiplying Plaintiffs' overtime hours worked (as reflected in their payroll records) by their overtime rate (time-and-a-half). That figure was then doubled to account for liquidated damages. These reasonable calculations were adequately based on a time period extending backwards from the date that Plaintiffs filed this action to the date that they were first employed by Defendants, up to the three-year statutory maximum. Additionally, Plaintiffs' counsel of record are awarded $8,708.00, representing the total amount of reasonable attorney fees and costs. Rec. Docs. 18-1; 18-2.

New Orleans, Louisiana, this 14th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE