UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BAYRON ALMENDARES, ET. AL.**            **CIVIL ACTION**

**VERSUS**            **NO. 18-2559**

**WOOLERY PAINTING, LLC, ET. AL.**            **SECTION: "B"(3)**

## ORDER

Considering this Court's previously issued Order and Reasons (Rec. Doc. 19) and the foregoing Joint Motion to Dismiss Case (Rec. Doc. 20),

**IT IS ORDERED** that the motion to dismiss case is **GRANTED**. All claims in the above-captioned action are hereby **DISMISSED WITH PREJUDICE.** Each party bears its own costs and attorney fees as except as provided in the Confidential Settlement Agreement.

New Orleans, Louisiana, this 7th day of March, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE